**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KENNETH L. WALLER, JR.　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC # 103829

v.　　　　　　　　　　No. 5:12CV00003 JLH-JJV

RAY HOBBS, Director,
Arkansas Department of Correction; *et al*.　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

Plaintiff's Motion to Dismiss (Doc. No. 5) is hereby GRANTED and this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE