**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KENNETH L. WALLER, JR.                                                                                   PLAINTIFF
ADC # 103829

v.                                             No. 5:12CV00003 JLH-JJV

RAY HOBBS, Director,
Arkansas Department of Correction; *et al*.                                                    DEFENDANTS

### **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

DATED this 7th day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE